

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00330-CV

Gerardo **RICO**,
Appellant

v.

**JUDSON LOFTS, LTD.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03141
Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this cause is REMANDED to the trial court for further proceedings. We tax costs against the party that incurred them.

SIGNED May 29, 2013.

_____
Patricia O. Alvarez, Justice